# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

BRANDY BRADLEY                                                    PLAINTIFF


v.                          NO. 3:14-cv-00313 PSH


CAROLYN W. COLVIN, Acting Commissioner                           DEFENDANT
of the Social Security Administration


## JUDGMENT


Pursuant to the Memorandum Opinion and Order entered this day, judgment is

entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 24th day of September, 2015.


_____
UNITED STATES MAGISTRATE JUDGE